UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80063-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

B. G. G.,

    Defendant.

_____/

## ORDER MODIFYING DOCKET AND UNSEALING CASE

**THIS CAUSE** comes before the Court *sua sponte*.  Upon review of the docket, it is

**ORDERED AND ADJUDGED** that the Clerk shall unseal this case as follows:

1. The Clerk shall first modify the Defendant's name so that the docket reflects only Defendant's initials as **B. G. G**;

2. The Clerk shall unseal this case;

3. Docket entries #1 through #11, #13 and #17 shall remain sealed; and

4. Docket entries #12, #14, #15 and #16 shall be unsealed by the Clerk.

**DONE AND ORDERED** at West Palm Beach, Florida this 11th day of January, 2021.

                                                             Donald M. Middlebrooks
                                                              United States District Judge

cc:    Counsel of Record