UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80063-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BART GERARD GATZ,

    Defendant(s)
_____/

## ORDER CLOSING CASE

In light of the Order Granting Defendant's Motion to Dismiss Indictment (DE 53) entered on December 1, 2023, the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** at West Palm Beach, Florida, this 11th day of December, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record